**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eugene G. Romeo<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6082<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Denise Romeo<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1087<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:  13–17462–KCF

# Order of Discharge                                                                                                    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Eugene G. Romeo                                                      Denise Romeo

   5/29/18                                                                              **By the court:** <u>Kathryn C. Ferguson</u>
                                                                                               United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-17462-KCF
Eugene G. Romeo                                                     Chapter 13
Denise Romeo
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 2            Date Rcvd: May 29, 2018
                              Form ID: 3180W            Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2018.
```
db/jdb         +Eugene G. Romeo,    Denise Romeo,    162 Susan Court,    Bridgewater, NJ 08807-5650
513824368      +Citibank NA,   c/o Northland Group Inc,    PO Box 390905,    Minneapolis, MN 55439-0905
513868825       Mazda American Credit,    P O Box 553179,    Detroit MI 48255-3179
513824369       Mazda American Credit,    PO Box 6542000,    Omaha, NE 68154
514483425      +Midfirst Bank,   ATTN: Bankruptcy Department,    999 NW Grand Blvd,
                 Oklahoma City, OK 73118-6051
513824370       Midfirst Bank,    c/o Zucker Goldberg & Ackerman LLC,    200 Sheffield Street Ste 101,
                 PO Box 1024,   Mountainside, NJ 07092-0024
513824371      +Midland Mortgage,    PO Box 268806,    Oklahoma City, OK 73126-8806
514029223      +Natu Patel,   505 Hoagland Court,    Hillsborough NJ 08844-3421
514025679      +Natu Patel,   505 Hoagland Court,    Hillsborough NJ 08844,    _____,
                 Please add the above creditor 08844-3421
513824372      +Signature Property Group,    PO Box 549,    Newark, NJ 07101-0549
513824373      +Stratton Meadows Condominium Assoc,    c/o Radom & Wetter Esqs.,    245 Route 22 West,
                 Bridgewater, NJ 08807-2560
513864965      +Stratton Meadows Condominium Association,    c/o Radom & Wetter, Attorneys,    245 Route 22 West,
                 Bridgewater, NJ 08807-2560
513919485      +Township of Bridgewater,    c/o Alan Bart Grant, Esq.,
                 Mauro, Save, Camerino, Grant & Schalk, P,    77 North Bridge Street,
                 Somerville, NJ 08876-1918
513824374       US Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2018 00:12:58     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2018 00:12:55     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514247522       EDI: ECMC.COM May 30 2018 03:53:00      US Department of Education,   P O Box 16448,
                 Saint Paul MN 55116-0448
                                                                                              TOTAL: 3
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 29, 2018 at the address(es) listed below:
```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Albert    Russo (NA)    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Midfirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric    Clayman    on behalf of Joint Debtor Denise    Romeo jenkins.clayman@verizon.net
              Eric    Clayman    on behalf of Debtor Eugene G. Romeo jenkins.clayman@verizon.net
              Jeffrey E. Jenkins    on behalf of Joint Debtor Denise    Romeo jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Jeffrey E. Jenkins    on behalf of Debtor Eugene G. Romeo jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: May 29, 2018
                              Form ID: 3180W           Total Noticed: 17


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Stephanie F. Ritigstein    on behalf of Debtor Eugene G. Romeo jenkins.clayman@verizon.net
              Stephanie F. Ritigstein    on behalf of Joint Debtor Denise  Romeo jenkins.clayman@verizon.net
                                                                                             TOTAL: 13
```